**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **UNDER SEAL** |
| **v.** | Case: 1:26-mj-00097<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 6/4/2026<br>Description: COMPLAINT W/ARREST WARRANT |
| **PHILIPPE GADIE, and**<br>**MALIKTRA DERENORCOURT**<br>**Defendants.** | **VIOLATION:**<br>**18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL**
**COMPLAINT AND ARREST WARRANT**

I, Jacob Ross, being first duly sworn, hereby depose and states as follows:

1. This Affidavit is submitted in support of a Criminal Complaint charging PHILIPPE GADIE (hereinafter "GADIE") and MALIKTRA DERENORCOURT (hereinafter "DERENORCOURT") with a violation of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud). As described further below, there is probable cause to believe that GADIE and DERENOCOURT participated in a conspiracy to obtain apartment leases under fraudulent pretenses.

2. I am a Special Agent with Internal Revenue Service – Criminal Investigation ("IRS-CI"). I have been employed as a Special Agent with IRS-CI since March 2022. As part of my employment with IRS-CI, I received extensive training at the Federal Law Enforcement Training Center in Glynn County, Georgia. This training included wide-ranging instruction relating to criminal tax violations and other federal criminal violations such as conspiracy, mail fraud, wire fraud, money laundering, and identity theft. As a Special Agent with IRS-CI, I have participated

in investigations of conspiracy, money laundering, and other offenses. Since November 2025, I have been assigned to the investigative fraud cell as part of the Make DC Safe and Beautiful Task Force, where my duties and responsibilities include the investigation of federal crimes concerning identity theft and wire fraud. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been involved in the investigation of this matter, and I base this affidavit on that experience, as well as conversations with law enforcement agents, witnesses, and others, and my examination of various reports and records. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part only and are not intended to be a verbatim recitation of such statements.

## BACKGROUND

*Scheme Involving Leasing of D.C. Area Apartments Using Fraudulent Credit Privacy Numbers*

4. Law enforcement has been investigating the use of Credit Privacy Numbers ("CPNs") and fraudulent Social Security numbers to obtain apartment leases in the District of Columbia, Maryland, and Virginia area. From your affiant's training, experience, and knowledge of this investigation and from information provided to me by other law enforcement officers, CPNs are unique nine-digit numbers that are formatted like a Social Security number, but they are not issued by the government. Criminals use CPNs on rental applications in lieu of listing their true Social Security numbers to hide poor credit history, evictions, and/or criminal records. Criminal

organizations often employ individuals to use CPNs to secure leases to apartments, which criminals and criminal organizations then use to engage in criminal activity. The apartments also are used as stash locations for items like illegally possessed firearms, narcotics, and items used in identity theft, bank fraud, and wire fraud schemes. These criminal organizations often do not pay rent and utilize the fraudulently obtained apartments as stash locations due to the length of the eviction process. The organizations will empty out the stash location when receiving an eviction notice and obtain another apartment utilizing the same fraudulent CPN method.

**PROBABLE CAUSE**

[redacted]

5. On or about June 8, 2025, a rental application for apartment [redacted] was electronically submitted. [redacted] is an apartment building located at [redacted] The application listed the name of Maliktra Derenorcourt ("DERENORCOURT"), an address of [redacted]

6. Social Security Administration records confirm that [redacted] was not issued to DERENORCOURT. In fact, [redacted] was not issued to anyone by the Social Security Administration and is thus an invalid Social Security Number.

7. Social Security Administration records confirm that MALIKTRA DERENORCOURT with a birthdate of [redacted], was issued a Social Security Number of [redacted]

8. The following U.S. passport bearing passport number [redacted] was provided to the Maren in connection with the lease application for apartment [redacted]

[redacted]

9. Law enforcement reviewed DERENORCOURT's Form DS-11, Application for a U.S. Passport. The application dated March 6, 2025, listed [redacted] as DERENORCOURT's Social Security Number. The mailing address on the Form DS-11 is listed as [redacted]

10. On or about February 24, 2025, a Complaint was filed in the Superior Court of the District of Columbia against PHILIPPE GADIE ("GADIE") for nonpayment of rent. The Complaint alleged GADIE failed to pay $21,160, the total rent due from July 1, 2024, through February 28, 2025, for [redacted]

11. On or about April 18, 2025, another Complaint for nonpayment of rent was filed in the Superior Court of the District of Columbia against GADIE and Akoua Renee Louise Ngouan ("Ngouan"). The Complaint alleged GADIE and Ngouan failed to pay $39,790, the total rent due from May 1, 2024, through April 30, 2025, for [redacted]

12. The rental application for apartment [redacted] as DERENORCOURT's address.

13. On or about June 12, 2025, an apartment lease contract for apartment [redacted] was entered into between DERENORCOURT and Riverfront Holdings II, LLC, the owner of [redacted].

The contract set the monthly rent as $2,771 and the lease term as beginning June 20, 2025, and ending August 19, 2026. The contract was electronically signed in the name of DERENORCOURT.

14. As of May 6, 2026, the outstanding resident balance for apartment [redacted] was $27,134.81. The last payment was made on or about January 14, 2026, in the amount of $1,067.

15. On or about May 29, 2026, law enforcement met with the assistant community manager at [redacted]. The manager stated DERENORCOURT lives in apartment [redacted] with her husband. Law enforcement showed the manager the following photograph of DERENORCOURT:



The assistant community manager confirmed the individual in the photograph was the resident she knew as DERENORCOURT who resides in apartment [redacted]

16. Law enforcement showed the manager the following photograph of GADIE:



The manager identified GADIE as DERENORCOURT's husband.

*The Apartment Scheme*

17. On or about March 18, 2026, the Honorable Zia Faruqui, United States Magistrate Judge for the District of Columbia, issued a search warrant authorizing the search of ISMAEL SANGARE's ("SANGARE") residence and electronic devices found therein for evidence of violations of 18 U.S.C. § 1028 and related crimes ("Search Warrant 26-sw-94").

18. On March 20, 2026, law enforcement agents executed Search Warrant 26-sw-94 at SANGARE's Washington, D.C. apartment. Among other items, agents seized a cell phone belonging to SANGARE that contained messages on Telegram, an encrypted messaging application, between SANGARE and PHILIPPE GADIE.

19. Agents also found the following fraudulent Social Security Card in the name of Bevaughn Daniels bearing a Social Security Number of [redacted]

[redacted]

20. Court record queries show numerous lawsuits brought against Bevaughn Daniels within the past year. The lawsuits relate to the nonpayment of rent for seven residences located within Maryland:

| Filing Date | Case Type | Tenant Address |
|---|---|---|
| 4/6/2026 | Failure to Pay Rent | [redacted] |
| 4/7/2026 | Failure to Pay Rent | [redacted] |
| 4/16/2026 | Failure to Pay Rent | [redacted] |
| 4/17/2026 | Failure to Pay Rent | [redacted] |
| 4/20/2026 | Failure to Pay Rent | [redacted] |
| 5/19/2026 | Failure to Pay Rent | [redacted] |
| 5/29/2026 | Failure to Pay Rent | [redacted] |

21. Social Security Administration records confirm that [redacted] was not issued to Bevaughn Daniels. In fact, [redacted] was not issued to anyone by the Social Security Administration and is thus an invalid Social Security Number.

22. On or about March 12, 2026, SANGARE messaged GADIE (who was saved in SANGARE's contacts as "Da Wizard") on Telegram. The message stated, "Yo Brody top of the morning you think you can make the caisher check today for me I pick it later today for tomorrow". A subsequent message stated, "2 checks Pay to [redacted] 500 1551.00". GADIE then instructed SANGARE to come at night.

23. On or about March 20, 2026, Baltimore County police officers responded to the Southerly apartment complex in reference to a past fraud. An employee with the leasing office advised the officers that a lease holder provided the leasing office with two fraudulent cashier's checks. The lease holder's name was Bevaughn Daniels. The first check was for $1,551, which was for the rent, application, and holding fee. The second check was $500, which was the security deposit. The employee attempted to deposit the checks but was advised by Chase Bank that the checks were fraudulent.

*Banner Lane*

24. On or about February 4, 2026, a lease contract was entered into between Bevaughn Daniels and TBSC Owner I LLC, the owner of [redacted] apartment complex, for apartment [redacted]. The lease was signed electronically in the name of Bevaughn Daniels.

25. The rental application for Bevaughn Daniels listed a Social Security Number [redacted].

26. As of May 21, 2026, the outstanding resident balance for apartment [redacted] was $6,350.23.

27. On or about February 3, 2026, SANGARE sent GADIE on Telegram the following attachment:




SANGARE then sent a message stating, “[redacted] move in cost”. GADIE replied, “Aight bet how much u want on top ?” SANGARE responded, “3500”.

28. On or about February 6, 2026, SANGARE sent GADIE another attachment on Telegram. The attachment was a welcome letter addressed to Bevaughn Daniels from [redacted] The letter informed Daniels his new address would be [redacted], his move-in date would be February 20, 2026, and his move-in charges would total $1,484.89. GADIE responded, “Aight bet I got someone for it already”.

29. On or about February 18, 2026, GADIE sent SANGARE the following photograph on Telegram:




GADIE stated, "That's the n**** for [redacted] he ready". SANGARE responded, "Ok". GADIE then forwarded the [redacted] welcome letter addressed to Bevaughn Daniels which SANGARE previously sent on February 6, 2026. GADIE then sent a message stating, "Is there anyway u can send me the pdf of this joint ima change the amount on it I told him move in fee is 2484 and I want 3500 on top that's how ima make my bread". SANGARE responded with the PDF version of the welcome letter. GADIE then responded, "Bet Gudlooks".

*The Renter's Insurance Policy*

30. Evidence of a renter's insurance policy with Assurant, an insurance company, for [redacted] was provided to property management at the Maren. The insured name was listed as Maliktra DERENORCOURT. The insurance policy number listed in the bottom left-hand corner of the form was HISASEOI-1217.

31. On or about March 13, 2026, SANGARE sent a renter's insurance policy form to GADIE. The insured name was listed as Bevaughn Daniels and the risk address was listed as [redacted] The insurance policy number listed in the bottom left-hand corner of the form was HISASEOI-1217.

32. SANGARE then sent a welcome letter addressed to Bevaughn Daniels from [redacted] to GADIE. A portion of the letter stated, "Prior to moving in, please contact your renter's insurance company to activate coverage for your new home, with a minimum coverage of $300,000 Personal Liability." GADIE responded, "What do I put at the bottom". SANGARE messaged, "[redacted]". GADIE then sent SANGARE the following insurance form with a listed policy number of HISASEOI-1217:

| Agent Address | Company Address |
| --- | --- |
| GEICO Insurance Agency, LLC.<br>One Geico Blvd<br>Fredericksburg, VA 22412 | American Security Insurance Company<br>11222 Quail Roost Drive<br>Miami, FL 33157-6596 |

| Insured Name & Mailing Address | Risk Address |
| --- | --- |
| [redacted] | [redacted] |

| Section I Coverage Information | Amount ($) |
| --- | --- |
| CONTENTS ................................................................................ | $ 15,000 |
| LOSS OF USE ................................................................................ | $ 3,000 |
| **Section I Deductible Information** | **Amount ($)** |
| STANDARD DEDUCTIBLE ................................................................ | $ 1,500 |
| **Section II Coverage Information** | **Amount ($)** |
| PERSONAL LIABILITY ................................................................ | $ 300,000 |
| MEDICAL PAYMENTS TO OTHERS ................................................ | $ 3,000 |
| **ENDORSEMENTS**<br>REPLACEMENT COST CONTENTS | |
| NOTE: ALL COVERAGES ARE SUBJECT TO THE TERMS AND CONDITIONS LISTED IN THE POLICY FORMS. | |

HISASEOI-1217

Page 1

33. SANGARE messaged, “Thank you bro you really save my life” and subsequently sent, “And where you want me send the money at ?” and “Chime is cool? Or cash ?”. GADIE responded, “Ur welcome Brodie” and “Yeah no rush”.

34. SANGARE later messaged GADIE the following screenshot:




*The Rental Verification*

35. On or about June 11, 2025, [redacted] leasing office sent an email to [redacted] requesting a rental verification for DERENORCOURT. On or about June 12, 2025, [redacted] leasing office received an email from [redacted] containing the completed rental verification form. The form indicated DERENORCOURT resided at [redacted]. The rental verification form was signed by Collins Sakyi with a listed phone number of [redacted] and an email address of [redacted]

36. Court record queries show numerous lawsuits brought against Sakyi within the past year. The lawsuits relate to the nonpayment of rent for multiple residences. Four of the residences were apartments located within Maryland:

| Filing Date | Case Type | Tenant Address |
|---|---|---|
| 6/25/2025 | Failure to Pay Rent | [redacted] |
| 9/2/2025 | Failure to Pay Rent | [redacted] |
| 9/8/2025 | Failure to Pay Rent | [redacted] |
| 9/25/2025 | Failure to Pay Rent | [redacted] |
| 9/30/2025 | Landlord & Tenant, Non-Payment of Rent | [redacted] |

The filing in the Superior Court of the District of Columbia indicates an apartment was leased in the name of Collins Sakyi at [redacted], with a listed email address of [redacted]

37. On or about December 18, 2025, SANGARE sent GADIE the following screenshot on Telegram:




38. SANGARE stated, "That [redacted] spot". GADIE responded, "Ohh ok yea he told me ima email them". GADIE then sent, "Ask him for the email rq". SANGARE replied, [redacted]

**CONCLUSION**

39. A rental application was electronically submitted with a false Social Security Number, or CPN, enabling MALIKTRA DERENORCOURT and PHILIPPE GADIE to fraudulently obtain apartment [redacted]. Furthermore, GADIE conspired with ISMAEL SANGARE to provide fraudulent documentation to apartment buildings to secure leases. There is, therefore, probable cause to believe that DERENORCOURT and GADIE violated 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud).

Respectfully submitted,

JACOB ROSS
Special Agent
Internal Revenue Service
Criminal Investigation

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on June 4, 2026.

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE